# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2008

136867

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

GEORGE MARTIN VANDENBERG,
            Defendant-Appellant.

SC: 136867
COA: 285309
Kent CC: 05-011461-FH

_____/

On order of the Court, the application for leave to appeal the June 6, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted of the substantive issues contained in Issues IV and V in the application previously filed in the Court of Appeals in this case. Issues IV and V are to be heard with the sentencing issues on which the Court of Appeals has already granted the defendant's application for leave to appeal. In all other respects, the application for leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2008

_____
Clerk